# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** **(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER: 11-PO-00153-DLW |
| PHILLIP L. BRUMMELL | Pro Se (Defendant's Attorney) |

**THE DEFENDANT:** Was found guilty on count One of the Information after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. 551 and 36 C.F.R. 261.56 | Driving Off Road in a Closed Area | July 22, 2011 | One |

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **CVB** | **Fine** |
|---|---|---|---|
| **Total:** | $10.00 | None | $100.00 |

November 9, 2011
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

December 12, 2011
Date